IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RAMONA MILLER, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) Case No. 04-CV-04198-NKL |
| JOHN PAGE, ET AL., | ) ) ) |
| Defendants. | ) |

### ORDER FOR DISMISSAL WITH PREJUDICE

Having reviewed the parties' Stipulation of Dismissal With Prejudice, and for good cause shown, it is hereby ordered that the above referenced action is dismissed with prejudice, with each party bearing its own court costs.

IT IS SO ORDERED.

*Nanette K. Laughrey*
The Honorable Nanette K. Laughrey

Dated: 5-22-06

Submitted by:

_____
C. John Pleban
Attorney at Law
2010 S. Big Bend Blvd.
St. Louis, MO 63117

_____
Robert B. Ramsey
Attorney at Law
2010 S. Big Bend Blvd.
St. Louis, MO 63117
ATTORNEY FOR PLAINTIFF

_(signature)_
James D. Conkright        MO #27084
SANDERS CONKRIGHT & WARREN, LLP
40 Corporate Woods, Suite 1250
9401 Indian Creek Parkway
Overland Park, KS 66210
(913) 234-6100; (913) 234-6199 (Facsimile)
*ATTORNEYS·FOR·DEFENDANT*